for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Irving L. Ernst* and *Mr. Jas. L. Bishop* for the petitioner. *Mr. Dix W. Noel* for the respondents.

No. 963. THOMAS J. LYNCH, EXECUTOR, ETC., PETITIONER, *v.* THE TRAVELERS' INSURANCE COMPANY. May 5, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Geo. W. Heselton* for the petitioner. *Mr. R. Ross Perry, Mr. R. Ross Perry, Jr.,* and *Mr. Harvey D. Eaton* for the respondent.

No. 1050. ELIJAH WATT SELLS, PETITIONER, *v.* THE CITY OF CHICAGO. May 5, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Oliver C. Carpenter, Mr. Delevan A. Holmes* and *Mr. M. M. Townley* for the petitioner. *Mr. William H. Sexton* and *Mr. Chas. M. Haft* for the respondent.

No. 1065. THE NATIONAL SURETY COMPANY, PETITIONER, *v.* THE WESTERN PACIFIC RAILWAY COMPANY. May 5, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. F. R. Coudert, Mr. Wm. J. Griffin, Mr. E. S. Heller* and *Mr. G. W. McEnerney* for the petitioner. *Mr. F. W. M. Cutcheon* for the respondent.

No. 1075. JACOB DOLL & SONS (INCORPORATED), PETITIONER, *v.* GIOVANNI TOMASO RIBETTI. May 5, 1913.